FILED
December 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002319119

RICHARD SONTAG, OF COUNSEL, SBN #108652
RUZICKA & WALLACE, LLP
16520 Bake Parkway, Ste, 280
Irvine, California 92618
Phone: (949) 759-1080

Attorneys for Movant,

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 09-41829 |
| **Vito Alessandro Aiello, Candida Aiello,** Debtors. | Docket Control No. RSS-011 |
| | Chapter 7 |
| **Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP under the Pooling and Servicing Agreement dated July 1, 2005,** | NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER) |
| Movant, | HEARING DATE: |
| vs. | DATE: January 19, 2010<br>TIME: 9:31 a.m.<br>CTRM: 33 (6th Floor) |
| **Vito Alessandro Aiello, Candida Aiello,** Debtors, and J. Michael Hopper, Trustee, | |
| Respondents. | |

## DEUTSCHE BANK NATIONAL TRUST COMPANY NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER)

### (5108 Antler Hollow Place, Antelope, CA 95843)

TO THE HONORABLE THOMAS HOLMAN, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that **DEUTSCHE BANK NATIONAL TRUST COMPANY**, ("Movant") has filed the attached Motion for Relief from the Automatic Stay (the

"Motion") in the above-entitled and numbered Chapter 7 case. The Motion will be heard before the Honorable Thomas Holman on January 19, 2010, in Courtroom 33(6th Floor), at the United States Bankruptcy Court located at 501 I Street, Sacramento, California 95814.

The Motion is based upon the Declaration of Movant, Movant's Relief from Stay Information Sheet, and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

This Motion is being filed pursuant to Local Bankruptcy Rule 9014-1(f)(2) - which provides that "the moving party may file and serve the motion at least fourteen (14) calendar days prior to the hearing date. The use of this alternative procedure in connection with a motion for relief from the automatic stay shall be deemed a waiver of the time limitations contained in 11 U.S.C. §362(e). Furthermore, when fewer than twenty-eight (28) calendar days' notice of a hearing is given, no party in interest shall be required to file a written opposition to the motion. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs."

DATED: December 28, 2009

Respectfully submitted,

RUZICKA & WALLACE, LLP

By: _____
RICHARD S. SONTAG
Attorney for Movant