FILED
December 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002319121

RICHARD SONTAG, OF COUNSEL, #108652
RUZICKA & WALLACE, LLP
16520 Bake Parkway, Ste, 280
Irvine, California 92618
Phone: (949) 759-1080

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Vito Alessandro Aiello, Candida Aiello,<br><br>Debtor.<br>_____<br>Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP under the Pooling and Servicing Agreement dated July 1, 2005<br><br>Movant,<br><br>vs.<br><br>Vito Alessandro Aiello, Candida Aiello, Debtor, and J. Michael Hopper, Trustee,<br><br>Respondents. | Bankruptcy Case No. 09-41829<br><br>DCN No.: RSS-011<br><br>Chapter 7<br><br>DECLARATION OF RICHARD S. SONTAG IN SUPPORT OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER)<br><br>HEARING DATE:<br><br>DATE: 1/19/2010<br>TIME: 9:31:00 AM<br>CTRM: 33 (6th floor) |

<u>DECLARATION OF RICHARD S. SONTAG IN SUPPORT OF DEUTSCHE BANK NATIONAL TRUST COMPANY, MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER)</u>

I, RICHARD S. SONTAG, declare:

1. I am, and for all relevant times herein have been, employed as an

1

Attorney "Of Counsel" to Ruzicka &Wallace, LLP Attorney herein for Movant, Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP under the Pooling and Servicing Agreement dated July 1, 2005, ("Movant"). I have personal knowledge of the matters set forth in this declaration or, on information and belief, I believe those matters to be true and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age.

2. This declaration supports Vito Alessandro Aiello, Candida Aiello, Motion for Relief From the Automatic Stay relating to the residential real property commonly known as: 5108 Antler Hollow Place, Antelope, CA 95843 ("Property").

3. MOVANT is the legal owner of the Property. A true and correct copy of the Trustee's Deed Upon Sale is attached as Exhibit "A."

4. The Property is residential property. Debtor, Vito Alessandro Aiello, Candida Aiello ("Debtor"), occupy the Property after a foreclosure sale held on 10/5/09.

5. Debtors' bankruptcy petition in this case was filed after the foreclosure sale.

6. The procedural status in state court is as follows: (a) On 10/23/09, MOVANT caused a 3-Day Notice to Quit to be served upon Debtors at the Property; a true and correct copy is attached as Exhibit "B". This action was taken without notice of this case.

7. MOVANT is precluded from continuation of the unlawful detainer action in state court due to Debtors' bankruptcy filing.

8. The Property is not necessary to an effective reorganization because the Property is no longer property of the estate since MOVANT acquired title to the Property by foreclosure sale pre-petition, and recorded the deed within the period provided by state law for perfection.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on December 29, 2009, in Irvine, California.

RUZICKA & WALLACE, LLP

By:_____
RICHARD S. SONTAG
Attorney for Movant