```
                                                                    FILED
        RELIEF FROM STAY INFORMATION SHEET                   December 30, 2009
   * * * * SEE IMPORTANT INSTRUCTIONS ON REVERSE * * * *    CLERK, U.S. BANKRUPTCY COURT
                                                           EASTERN DISTRICT OF CALIFORNIA
 PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION
                                                                  0002319122
```

**DEBTOR:** Vito Alessandro Aiello, Candida Aiello      **CASE NO.** 09-41829

**MOVANT:** Deutsche Bank National Trust Company,      **DCN NO.** RSS-011

**HEARING DATE/TIME:** 1/19/2010 9:31:00 AM in courtroom 33(6th Floor)

**RELIEF IS SOUGHT AS TO** ( x ) REAL PROPERTY   ( ) PERSONAL PROPERTY   ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action     5108 Antler Hollow Place, Antelope, CA 95843

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( X ) Other: <u>Owner as of 10/5/09 per Trustee's Sale.</u>

   OR

   Leased property is ( ) Residential ( ) Non-residential   Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____     Movant's valuation of property   $ 382,901.63

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 382,901.63 | $ | $ | $ 382,901.63 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   _____   $ _____
   _____   $ _____
   _____   $ _____

                    TOTAL ALL LIENS   $ _____
                    DEBTORS EQUITY    $ _____

**FOR COURT USE ONLY**
Note date: _____
Note amount: _____

6. Monthly payment $_____ of which $_____ is for impound account. Monthly late charge is $_____
7. The last payment by debtor was received on _____ and was applied to the payment due _____
8. Number of payments past due and amount (a) Pre-petition _____ $ _____        $ _____
9. Notice of default was recorded on _____.  Notice of sale was published on _____
10. Grounds for seeking relief (check as applicable):

    ( x ) Cause      ( x ) Inadequate Protection      ( x ) Lack of equity      ( ) Lack of insurance      ( ) Bad faith

    ( ) Other     Debtor lost the title to the property at a trustee's sale on 10/5/09.

11. For each ground checked above furnish a brief supporting statement in the space below.

Relief should be granted for the following reasons: (a) Cause: Deutsche Bank National Trust Company, has been delayed in the continuation of its eviction action in state court; movant must pay taxes, insurance, property management and maintenance fees on the property, while receiving no income therefrom; (b) Inadequate Protection and Lack of Equity: Debtors have no legal or equitable interest in the property at time Debtors' filed for bankruptcy.

# INSTRUCTIONS

TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW. *EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET IS FILED AND SERVED BY THE MOVING PARTY.*

1. FILE THIS COMPLETED INFORMATION SHEET ON WHITE PAPER WITH YOUR MOVING PAPERS AS A SEPARATE DOCUMENT. *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.*

2. ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.

3. IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.