FILED
December 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002319117

RICHARD SONTAG, OF COUNSEL, #108652
RUZICKA & WALLACE, LLP
16520 Bake Parkway, Ste, 280
Irvine, California 92618
Phone: (949) 759-1080

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**Vito Alessandro Aiello, Candida Aiello,**<br><br>Debtors.<br>_____<br>**Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP under the Pooling and Servicing Agreement dated July 1, 2005,**<br><br>Movant,<br><br>vs.<br><br>**Vito Alessandro Aiello, Candida Aiello, Debtor, and J. Michael Hopper, Trustee,**<br><br>Respondents. | Bankruptcy Case No. 09-41829<br><br>DCN No.: RSS-011<br><br>Chapter 7<br><br>EXHIBITS IN SUPPORT MOTION FOR RELIEF FROM STAY (UNLAWFUL DETAINER)<br><br>HEARING DATE:<br><br>DATE: 1/19/2010<br>TIME: 9:31 a.m<br>CTRM: 33 (6th floor) |

**EXHIBITS IN SUPPORT OF DEUTSCHE BANK NATIONAL TRUST COMPANY, MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER)**

1. Exhibit A – Trustee's Deed Upon Sale

2. Exhibit B – Notice to Vacate

1

EXHIBIT "A"

Trustee's Deed Upon Sale
1 | Page

Recording requested by:

When recorded mail to:

OneWest Bank, FSB
2900 Esperanza Crossing
Austin, TX 78758

Forward tax statements to the address given above

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY
RECORDING FEE: $14.00
RECORDED ON: October 9, 2009
AS DOCUMENT NO: BK: 091009 / PG: 492
BY: s/ Mary Zarate
LSI TITLE COMPANY (CA)

---

*Space above this line for recorders use*

TS # CA-08-224379-TC      Order # 080147219-CA-DCI

# Trustee's Deed Upon Sale

A.P.N.: 203-1880-038-0000

Transfer Tax: $0.00

The undersigned grantor declares:
The grantee herein **IS** the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:    $382,901.63
The amount paid by the grantee at the trustee sale was:   $206,207.65
The documentary transfer tax is:                          None
Said property is in the City of: ANTELOPE, County of SACRAMENTO

**QUALITY LOAN SERVICE CORPORATION**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP under the Pooling and Servicing Agreement dated July 1, 2005**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of SACRAMENTO, State of California, described as follows:

LOT 138, AS SHOWN ON THAT CERTAIN MAP ENTITLED "AMENDED PLAT OF ANTELOPE TRAILS AS FILED IN BOOK 288 OF MAPS, MAP NO. 11, ALL OF LOT 17 AS SHOWN ON "J.F. CROSS SUBDIVISION" 4 BM 27", FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY ON NOVEMBER 20, 2002, IN BOOK 292 OF MAPS, AT MAP 7.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by VITO AIELLO AND CANDIDA AIELLO, HUSBAND AND WIFE, as trustor, dated 5/6/2005, and recorded on 5/24/2005 as instrument number xxx, in Book 20050524, Page 0469 of Official Records in the office of the Recorder of SACRAMENTO, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 12/18/2008, instrument no , Book 081218, Page 1118, of

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"

Trustee's Deed Upon Sale
2     Page

Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **10/5/2009** at the place named in the Notice of Sale, in the County of **SACRAMENTO**, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$206,207.65** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 10/6/2009                    **QUALITY LOAN SERVICE CORPORATION**

By: _____
Karla Sanchez, Assistant Secretary

State of California   )
County of San Diego)

On __10-7-09__ before me, **Michelle Nguyen** a notary public, personally appeared **Karla Sanchez**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Michelle Nguyen

[Notary Seal: MICHELLE NGUYEN, COMM. #1665032, NOTARY PUBLIC • CALIFORNIA, SAN DIEGO COUNTY, Comm. Exp. MAY 8, 2010]

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# EXHIBIT "B"

# NOTICE TO VACATE PROPERTY

TO: VITO AIELLO, CANDIDA AIELLO &
All occupants residing at
5108 ANTLER HOLLOW PL
ANTELOPE, CA 95843

NOTICE IS HEREBY GIVEN THAT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ("DEUTSCHE BANK NATIONAL"), or its predecessor in interest, purchased the property located at 5108 ANTLER HOLLOW PL, ANTELOPE, CA 95843 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 5/24/2005 as Instrument Number BOOK 20050524 PAGE 0469 in the Official Records of SACRAMENTO County, and that title to the Premises is duly perfected in DEUTSCHE BANK NATIONAL.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or**,

2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to DEUTSCHE BANK NATIONAL through ARNEL AGUSTIN, its agent, who can be reached at 916-501-5165 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, DEUTSCHE BANK NATIONAL will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

**(NOTICE HAS A SECOND PAGE)**

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: October 22, 2009

Robert J. Jackson & Associates, Inc.

AMY E. STARRETT
Attorney for DEUTSCHE BANK NATIONAL
OWCA3155

## TENANT INFORMATION

**IF YOU ARE A TENANT** of the prior owner, you must provide the following documents:

- **A copy of your lease**
- **A return phone number and hours to reach you**
- **The receipt for the last six (6) payments made to the landlord for the residence**

by mail, fax, or in person to:

**Robert J. Jackson & Associates, Inc.
Tenant Occupied Properties Department
4199 Campus Drive, Suite 700
Irvine, CA 92612**

**Fax: 949.892.1336**

For any questions, please call 949.854.2244, Ext. 208

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

DISCLAIMER:
**This Notice is an attempt to collect a debt and any information obtained from you will be used for that purpose.**
If you notify Robert J. Jackson and Associates, Inc. ("RJJ") at 4199 Campus Drive, Suite 700, Irvine, CA 92612, in writing, within thirty days, that you wish to be provided the name and address of the original creditor if different from the current creditor **or** that the debt is disputed, RJJ will obtain the requested information and a copy will be mailed to you. Unless you make these requests within thirty days of the date of this Notice the debt will be deemed valid.

**CAUTION:** Your thirty day rights set forth in this disclaimer do not extend your right to pay or vacate set forth in the Notice, AND, the Notice to pay or vacate does not shorten or otherwise affect your thirty day rights set out in this disclaimer.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700<br>Irvine  CA  92612 | (949) 854-2244 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE

| 1802892 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>OWCA3155 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT: VITO AIELLO

ON: 10/23/2009    TIME OF DELIVERY: 6:20:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 5108 Antler Hollow Pl
Antelope    CA    95843        ON 10/23/2009

7a. Person Serving: Umaran Bath

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $107.00
e. I am:
(1)    not a registered California process server:
(3) X  registered California process server:
(i) Independent Contractor
(i) Registration No:    81
(i) County    MERCED

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Umaran    Bath

11/2/2009

X _____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700<br>Irvine    CA    92612 | (949) 854-2244 | |
| ATTORNEY FOR (Name | | |
| Insert of Court Name of Judicial District and Branch Court if any | | |
| SHORT TITLE OF CASE | | |
| 1809866    (HEARING) Date    Time    Dept | | Case Number:<br>REFERENCE NO.<br>OWCA3155 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    CANDIDA AIELLO

ON: 10/23/2009    TIME OF DELIVERY: 6:20:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 5108 Antler Hollow Pl
Antelope    CA    95843    ON  10/23/2009

7a. Person Serving:    Umaran    Bath

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $0.00
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
(i) Independent Contractor
(i) Registration No:    81
(i) County:    MERCED

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.    Umaran    Bath    X /s/
11/2/2009    SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700<br>Irvine  CA  92612 | (949) 854-2244 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE

| 1809867 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>OWCA3155 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     ALL OCCUPANTS

ON: 10/23/2009      TIME OF DELIVERY: 6:20:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 5108 Antler Hollow Pl
         Antelope     CA     95843            ON 10/23/2009

7a. Person Serving:    Umaran    Bath

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $0.00
e. I am:
(1)     not a registered California process server:
(3) X   registered California process server:
   (i) Independent Contractor
   (i) Registration No:                    81
   (i) County: MERCED

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.     Umaran     Bath     X _____

11/2/2009                                                        SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

PROOF OF SERVICE

CRC 982(A)(23)