
FILED
December 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002319118

RICHARD SONTAG, OF COUNSEL, SBN# 108652
RUZICKA & WALLACE, LLP
16520 Bake Parkway, Ste, 280
Irvine, California 92618
Phone: (949) 759-1080

Attorneys for Movant,

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>**Vito Alessandro Aiello, Candida Aiello,**<br><br>Debtors.<br>_____<br>**Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP under the Pooling and Servicing Agreement dated July 1, 2005,**<br><br>Movant,<br><br>vs.<br><br>**Vito Alessandro Aiello, Candida Aiello, Debtor,**<br><br>Respondents. | Bankruptcy Case No. 09-41829<br><br>DCN No.: RSS-011<br><br>Chapter 7<br><br>PROOF OF SERVICE<br><br>HEARING DATE:<br><br>DATE: January 19, 2010<br>TIME: 1:30 p.m.<br>CTRM: 33(6th Floor) |

I, Jose Ceja, declare:

I am employed by the law firm of RUZICKA & WALLACE, LLP, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 16520 Bake Parkway, Ste. 280 Irvine, California 92618. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

1

On December 29, 2009, I served the following documents described as:

**NOTICE OF FILING OF A MOTION FOR RELIEF FROM AUTOMATIC STAY; MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER); AND MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF; AND EXHIBITS IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid via First Class United States mail at Irvine, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct this 29th day of December 2009. Executed at Irvine, California.

*/s/ Jose Ceja*
Jose Ceja

# SERVICE LIST
## VITO ALESSANDRO AIELLO, CANDIDA AIELLO
09-41829

**DEBTOR:**
**VITO ALESSANDRO AIELLO, CANDIDA AIELLO**
5108 ANTLER HOLLOW PL.
ANTELOPE, CA 95843

**DEBTOR'S ATTORNEY**
CHINONYE UGORJI
1325 HOWE AVENUE #111
SACRAMENTO, CA 95825

**TRUSTEE**
J. MICHAEL HOPPER
PO BOX 73826
DAVIS, CA 95617

**UNITED STATES TRUSTEE:**
OFFICE OF THE U.S. TRUSTEE
501 I STREET, ROOM 7-500
SACRAMENTO, CA 95814